IN THE
UNISTED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD QUALLS, Inmate ) <br> No. W55388 ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> LOUIS RUSSO, Superintendent, ) <br> Souza-Baranowski Correctional ) <br> Center, ) <br>     Respondent. ) | No. <br><br><br><br><br><br><br><br>05 10888 NMG |

### NOTICE OF APPEARANCE

Please enter the Appearance of Jeffrey A. Denner and R. Bradford Bailey on behalf of Ronald Qualls in the above-captioned case.

Dated: April 29, 2005

Respectfully submitted,
RONALD QUALLS,
By his attorney,

_____
R. Bradford Bailey, Esq. BBO#549749
Jeffrey A. Denner, BBO# 120520
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800

## CERTIFICATE OF SERVICE

I, R. Bradford Bailey, Attorney for Petitioner, on this 29th day of April, 2005, hereby certify that a true and accurate copy of this Petition for Writ of Habeas Corpus, together with all supporting documents, if any, have been delivered by hand delivery, to the Respondent at:

    Louis Russo, Superintendent
    Souza-Baranowski Correctional Center
    Shirley, Massachusetts 01464

And that two (2) true and accurate copies of this document, together with all supporting documents, if any, have been delivered by first-class mail, postage prepaid, to the Office of the Massachusetts Attorney General at:

    McCormack Building
    One Ashburton Place
    Boston, MA 02108

                                        Respectfully submitted:

                                        Brad Bailey BBO #549749
                                        DENNER O'MALLEY, LLP
                                        Four Longfellow Place, 35th Floor
                                        Boston, Massachusetts 02114
                                        Tel: 617.227.2800
                                        Fax: 617.973.1562