UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD QUALLS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LOIS RUSSO, )<br>)<br>Respondent. )<br>) | Civil Action No. 05-10888-NMG |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE
RESPONSIVE PLEADINGS TO PETITION FOR WRIT OF HABEAS CORPUS**

The respondent, Lois Russo, respectfully requests that this Court grant her an enlargement of the time within which she must file an answer or motion to dismiss the petition for writ of habeas corpus filed by the petitioner, Ronald Qualls, for a period of forty-five (45) days, up to and including January 3, 2006.[1]  As grounds for this motion, the respondent states that, pursuant to this Court's order, an answer or other responsive pleading is currently due to be filed by November 17, 2005.  The undersigned assistant attorney general is still awaiting receipt of certain state materials concerning the petitioner's conviction, which are necessary for counsel to review before formulating an appropriate response to the petition.[2]  Moreover, granting this motion will not cause any undue prejudice to the petitioner nor will it cause any undue delay in

---

[1] January 3, 2006, is the first business day after the expiration of the forty-five day period, which would end on January 1, 2006, a Sunday, followed by January 2, 2006, a legal holiday.

[2] These materials are essential to an analysis of possible procedural defenses as well as to a response to the merits of the case.

these proceedings.

WHEREFORE, the respondent respectfully requests that this Court grant her a period of an additional forty-five days, until and including January 3, 2006, to file an answer or motion to dismiss this habeas petition.

> Respectfully submitted,
>
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
> /s/  Maura D. McLaughlin
> Maura D. McLaughlin (BBO # 634923)
> Assistant Attorney General
> Criminal Bureau
> One Ashburton Place
> Boston, Massachusetts 02108
> (617) 727-2200, ex. 2857

Assented:

RONALD QUALLS

By his attorneys,


/s/ Bradford Bailey (by MDM)
Bradford Bailey (BBO # 549749)
Jeffrey A. Denner (BBO # 120510)
DENNER O'MALLEY, LLP
4 Longfellow Place, 35th Floor
Boston, Massachusetts  02114
(617) 227-2800

Dated: November 17, 2005