UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD QUALLS, )<br>INMATE NO. W55388 )<br> )<br>    **Petitioner** )<br> )<br>v. )<br> )<br>LOUIS RUSSO, Superintendent Souza- )<br>Baranowski Correctional Gardner, )<br> )<br>    **Respondent** )<br> ) | NO. 05-10888-NMG |

**PETITIONER'S ASSENTED TO MOTION FOR PERMISSION TO REPLY TO THE COMMONWEALTH'S OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner Ronald Qualls ("the Petitioner"), by and through his attorneys, respectfully requests leave from the Honorable Court to file a brief three page reply to the Commonwealth's Opposition to Petition for Writ of Habeas Corpus, pursuant to Local Rule 7.1(b)(3).

As grounds, the Petitioner avers and states:

1. the Commonwealth, without addressing the merits of his reply, does not object to Petitioner's request for leave to file a reply;

2. as a result of the Commonwealth's Opposition to his Petition for Writ of Habeas Corpus, the Petitioner seeks to respond in his reply to certain objections raised by the Commonwealth by clarifying the procedural history underlying his petition; and

3. the interests of justice will be served, and the Commonwealth will not be prejudiced, by permitting him an opportunity to briefly respond thereby to the Commonwealth's Opposition to his petition.

                                      Respectfully submitted,
                                      Ronald Qualls,
                                      By and through his Attorneys:

                                      /s/ Brad Bailey
                                      _____
                                      Bradford Bailey, BBO #549749
                                      Jeffrey A. Denner, BBO #120510
                                      DENNER ASSOCIATES, P.C.
                                      4 Longfellow Place, 35th Floor
                                      Boston, MA  02114
                                      (617) 227-2800

Dated:  February 7, 2006