UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
RONALD QUALLS,                 )
         Petitioner            )
                               )    CIVIL ACTION NO.
v.                             )    05-10888-NMG
                               )
LOIS RUSSO,                    )
         Respondent            )
_____)
```

**PETITIONER'S NOTICE OF APPEAL**
**AND REQUEST FOR CERTIFICATE OF APPEALABILITY**

Now comes the Petitioner in the above-captioned matter, and pursuant to Federal Rule of Appellate Procedure 4, appeals from the denial of his Petition for Writ of Habeas Corpus, which was entered by Gorton, J. on August 1, 2006.

Furthermore, the Petitioner requests that a Certificate of Appealability be issued pursuant to Federal Rule of Appellate Procedure 22(b).

Respectfully submitted,

*/s/ Qualls/*

Ronald Qualls, pro se
Souza Baranowski Correctional Center
P.O. Box 8000
Shirley, MA  01464

Dated: August 28, 2006

## CERTIFICATE OF SERVICE

I, Ronald Qualls, do hereby certify that I have served a true copy of the attached Petitioner's Notice of Appeal and Request for Certificate of Appealability upon counsel for the Respondent. Service was completed by mailing said copy first class to: Maura D. McLaughlin; Assistant Attorney General; Criminal Bureau; One Ashburton Place; Boston, MA  02108.

                                        Respectfully submitted,

                                        */s/ Qualls*

                                        Ronald Qualls, pro se
                                        Souza Baranowski Correctional Center
                                        P.O. Box 8000
                                        Shirley, MA  01464

Dated:  August 28, 2006