# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10888

Ronald Qualls

v.

Lois Russo

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-13

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/31/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 11, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/12/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10888-NMG

Qualls v. Russo  
Assigned to: Judge Nathaniel M. Gorton  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/29/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Ronald Qualls**     represented by **Jeffrey A. Denner**  
Denner Pellegrino LLP  
Four Longfellow Place  
Suite 3501  
35th Floor  
Boston, MA 02114  
617-227-2800  
Fax: 617-973-1562  
Email: jdenner@dennerassociates.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**R. Bradford Bailey**  
Denner Pellegrino LLP  
Four Longfellow Place  
Suite 3501  
35th Floor  
Boston, MA 02114  
617-227-2800  
Fax: 617-973-1562  
Email: bbailey@dennerassociates.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Louis Russo**
*Superintendent, Souza-Baranowski Correctional Center*

represented by **Maura D. McLaughlin**
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
617-727-2200, ext 2857
Fax: 617-727-5755
Email: maura.mclaughlin@ago.state.ma.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 63883, filed by Ronald Qualls. (Attachments: # 1 Notice re: Exhibits# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Civil Cover Sheet)(Abaid, Kim) (Entered: 05/02/2005) |
| 04/29/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Abaid, Kim) (Entered: 05/02/2005) |
| 04/29/2005 | 2 | NOTICE of Appearance by R. Bradford Bailey, Jeffrey A. Denner on behalf of Ronald Qualls (Abaid, Kim) (Entered: 05/02/2005) |
| 10/24/2005 | 3 | Judge Nathaniel M. Gorton : Electronic ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. Note- A servcie order was not issued upon the opening of this case in error.(Nicewicz, Craig) (Entered: 10/24/2005) |
| 11/17/2005 | 4 | Assented to MOTION for Extension of Time to January 3, 2006 to Respond to Petition for Writ of Habeas Corpus by Louis Russo.(McLaughlin, Maura) (Entered: 11/17/2005) |
| 11/29/2005 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 4 Motion for Extension of Time (Nicewicz, Craig) (Entered: 11/29/2005) |

| | | |
|---|---|---|
| 12/02/2005 |  | Mail Returned as Undeliverable. Mail sent to Attorney General Comm. of Mass. (Nicewicz, Craig) (Entered: 12/02/2005) |
| 12/05/2005 | 5 | Letter/request (non-motion) from Brad Bailey. (Nici, Richard) (Entered: 12/06/2005) |
| 01/04/2006 | 6 | MEMORANDUM OF LAW by Louis Russo. (Attachments: # 1 Exhibit State court criminal action docket sheet) (McLaughlin, Maura) (Entered: 01/04/2006) |
| 02/07/2006 | 7 | Assented to MOTION for Leave to File *Petitioner's Reply to the Commonwealth's Opposition to Petition for Writ of Habeas Corpus* by Ronald Qualls.(Bailey, R.) (Entered: 02/07/2006) |
| 02/07/2006 | 8 | PROPOSED DOCUMENT SUBMITTED TO THE COURT REPLY to Response to Motion re 7 Assented to MOTION for Leave to File *Petitioner's Reply to the Commonwealth's Opposition to Petition for Writ of Habeas Corpus* filed by Ronald Qualls. (Bailey, R.) Modified on 3/6/2006 (Sonnenberg, Elizabeth). (Entered: 02/07/2006) |
| 02/22/2006 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 7 Motion for Leave to File. Reply not to exceed 10 pages. Reply due within 10 days of this order. (Nicewicz, Craig) (Entered: 02/22/2006) |
| 02/22/2006 | 9 | REPLY to Response to Motion re 7 Assented to MOTION for Leave to File *Petitioner's Reply to the Commonwealth's Opposition to Petition for Writ of Habeas Corpus* filed by Ronald Qualls. (Bailey, R.) (Entered: 02/22/2006) |
| 03/06/2006 |  | Notice of correction to docket made by Court staff. Correction: Docket No. 8 corrected because attorney choose the Wrong Event. Clerk has notified attorney on correct e-filing procedures when filing a Motion for Leave. (Sonnenberg, Elizabeth) (Entered: 03/06/2006) |
| 03/23/2006 | 10 | Letter/requesting case no. 05-12341 was opened inadvertantly and should be closed, this is the correct case 05-10888 from Courtney Mills. (Sonnenberg, Elizabeth) (Entered: 03/24/2006) |
| 08/01/2006 | 11 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER"For the foregoing reasons, Quall's petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 is DISMISSED. So ordered."(Sonnenberg, Elizabeth) (Entered: 08/02/2006) |

| 08/31/2006 | 12 | NOTICE OF APPEAL no filing fee enclosed as to 11 Memorandum & ORDER by Ronald Qualls. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/20/2006. (Sonnenberg, Elizabeth) (Entered: 08/31/2006) |
|---|---|---|
| 08/31/2006 | 13 | MOTION for Certificate of Appealability by Ronald Qualls. (Sonnenberg, Elizabeth) (Entered: 08/31/2006) |