# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10888

Ronald Qualls

v.

Lois Russo

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-13

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/31/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 11, 2006.

Sarah A Thornton, Clerk of Court

By: _/s/ illegible_
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9-13-6 .

_/s/ illegible_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2330

- 3/06