UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                              )
RONALD QUALLS,                )
         Petitioner           )
                              )
v.                            )    C.A. No. 05-10888-NMG
                              )
LOIS RUSSO,                   )
         Respondent           )
                              )
```

### PETITIONER'S AFFIDAVIT IN SUPPORT OF HIS MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, Ronald Qualls, being duly sworn, do hereby state under the pains and penalties of perjury that, because of indigence, I cannot prepay the docket fees of my appeal from the denial of my Petition for Writ of Habeas Corpus. I believe I am entitled to redress. I further state under the pains and penalties of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Ronald Qualls, pro se
S.B.C.C.
P.O. Box 8000
Shirley, MA  01464

Dated:  September 21, 2006

My issues on appeal are that the District Court erred in denying my Petition for Writ of Habeas Corpus in that admission of hearsay statements during my trial in state court violated my right to confrontation guaranteed by the Sixth Amendment to the United States Constitution. See Crawford v. Washington, 541 U.S. 36 (2004); White v. Illinois, 502 U.S. 346 (1992); Idaho v. Wright, 497 U.S. 805 (1990).

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past twelve months. Adjust any amount that was received weekly, biweekly, quarterly, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | 0 | 0 | 0 | 0 |
| Self-employment | 0 | 0 | 0 | 0 |
| Income form Property (such as rental income) | 0 | 0 | 0 | 0 |
| Interest and Dividends | 0 | 0 | 0 | 0 |
| Gifts | 0 | 0 | 0 | 0 |
| Alimony | 0 | 0 | 0 | 0 |
| Child support | 0 | 0 | 0 | 0 |
| Retirement (such as social security, etc.) | 0 | 0 | 0 | 0 |
| Disability | 0 | 0 | 0 | 0 |
| Unemployment payments | 0 | 0 | 0 | 0 |
| Public assistance | 0 | 0 | 0 | 0 |
| Other (specifiy) | 0 | 0 | 0 | 0 |
| Total monthly income | 0 | 0 | 0 | 0 |

2. List your employment history, most recent employer first (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |

3. List your spouse's employment history, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | | | |

4. How much cash do you and your spounse have?   $ _____
Below, state any money you or your spouse have in any bank accounts or in any other financial institution.

| Finanxcial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| none | | | |

3

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified copy of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor vehicle | (Value) |
|---|---|---|---|---|---|
| none | | none | | none | |

6. State every person, business, or organization owing you or your spouse money and the amount owed.

7. State the persons who rely on you or your spouse for support.

8. Estimate the average monthly expenses of you and your family.

9. Do you expect any major changes in your monthly income or expenses or in your assets or liabilities during the next twelve months?

No

10. Have you paid - or will you be paying - an attorney any money for services in connection with this case, including the completion of this form?

Yes

If yes, how much?

$20,000.00 to file Petition for Writ of Habeas Corpus in District Court. That amount was not for representation on appeal. The money was provided by a relative.

If yes, state the attorney's name, address and telephone number.

Bradford Bailey; Denner O;Malley LLP; 4 Longfellow Place; 35th Floor; Boston, MA  02114.   (617) 227-2800

11. Have you paid - or will you be paying - anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

**No**

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I am presently incarcerated and serving a life sentence. I am unemployed and have no income or property. I live solely on the occasional receipt of minimal funds from my family.

13. State the address of you legal residence.

Souza Baranowski Correctional Center; P.O. Box 8000; Shirley, MA 01464

Your daytime phone number  none
Your age  34            Your years of schooling  12
Your social security number  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

## CERTIFICATE OF SERVICE

I, Ronald Qualls, do hereby certify that I have served a true copy of the attached Petitioner's Motion for Leave to Proceed on Appeal in Forma Pauperis, along with the required affidavit, upon counsel for the Respondent. Service was completed by mailing said copies, first class, to: Maura D. McLaughlin; Assistant Attorney General: Criminal Bureau; One Ashburton Place; Boston, MA 02108.

Respectfully submitted,

*/s/ Ronald Qualls/*

Ronald Qualls, pro se
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464

Dated: September 21, 2006

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
Inmate Transaction Report

Date: 20060926 15:07

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Commit# : | W55388 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | Page: 1 |
| Name : | QUALLS, RONALD, , | | | | Statement From | 20060101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To | 20060926 | |
| Block : | N2 | | | | | | |
| Cell/Bed : | 06/A | | | | | | |

FILED
CLERK'S OFFICE
2006 SEP 28 P 2: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $70,206.26 | $69,874.38 | $104.05 | $104.05 |
| 20060106 22:30 | CN - Canteen | 5919694 | | SBCC | ~Canteen Date : 20060106 | $0.00 | $34.48 | $0.00 | $0.00 |
| 20060113 22:30 | CN - Canteen | 5957029 | | SBCC | ~Canteen Date : 20060113 | $0.00 | $27.85 | $0.00 | $0.00 |
| 20060119 16:40 | IS - Interest | 5987162 | | SBCC | | $1.57 | $0.00 | $0.00 | $0.00 |
| 20060120 13:50 | ML - Mail | 6003938 | 1180 | SBCC | ~KARLA JAMES PER-CK | $75.00 | $0.00 | $0.00 | $0.00 |
| 20060120 13:50 | MA - Maintenance and Administration | 6003941 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060120 22:30 | CN - Canteen | 6005256 | | SBCC | ~Canteen Date : 20060120 | $0.00 | $45.95 | $0.00 | $0.00 |
| 20060126 09:27 | ML - Mail | 6030330 | 3518 | SBCC | ~BARBARA QUALLS PER-CK | $100.00 | $0.00 | $0.00 | $0.00 |
| 20060127 22:30 | CN - Canteen | 6037718 | | SBCC | ~Canteen Date : 20060127 | $0.00 | $37.02 | $0.00 | $0.00 |
| 20060201 09:43 | ML - Mail | 6051276 | | SBCC | ~LISA QUALLS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20060201 09:43 | MA - Maintenance and Administration | 6051278 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060202 10:05 | ML - Mail | 6064967 | | SBCC | ~TYRONE GIBSON | $200.00 | $0.00 | $0.00 | $0.00 |
| 20060203 22:30 | CN - Canteen | 6074358 | | SBCC | ~Canteen Date : 20060203 | $0.00 | $43.88 | $0.00 | $0.00 |
| 20060209 13:00 | EX - External Disbursement | 6107520 | 30390 | SBCC | ~PHONE BILL~YVETTE QUALLS | $0.00 | $100.00 | $0.00 | $0.00 |
| 20060209 13:26 | IC - Transfer from Inmate to Club A/c | 6107645 | | SBCC | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20060210 22:30 | CN - Canteen | 6114886 | | SBCC | ~Canteen Date : 20060210 | $0.00 | $46.87 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6148553 | | SBCC | | $1.64 | $0.00 | $0.00 | $0.00 |
| 20060217 22:30 | CN - Canteen | 6166526 | | SBCC | ~Canteen Date : 20060217 | $0.00 | $46.27 | $0.00 | $0.00 |
| 20060224 22:30 | CN - Canteen | 6199299 | | SBCC | ~Canteen Date : 20060224 | $0.00 | $49.41 | $0.00 | $0.00 |
| 20060301 16:55 | IS - Interest | 6219652 | | SBCC | | $2.37 | $0.00 | $0.00 | $0.00 |
| 20060303 09:37 | ML - Mail | 6249654 | | SBCC | ~LISA QUALLS | $600.00 | $0.00 | $0.00 | $0.00 |
| 20060303 09:37 | MA - Maintenance and Administration | 6249656 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060303 22:30 | CN - Canteen | 6252409 | | SBCC | ~Canteen Date : 20060303 | $0.00 | $49.74 | $0.00 | $0.00 |
| 20060310 22:30 | CN - Canteen | 6291778 | | SBCC | ~Canteen Date : 20060310 | $0.00 | $49.88 | $0.00 | $0.00 |
| 20060317 22:30 | CN - Canteen | 6328591 | | SBCC | ~Canteen Date : 20060317 | $0.00 | $46.77 | $0.00 | $0.00 |
| 20060324 22:30 | CN - Canteen | 6361983 | | SBCC | ~Canteen Date : 20060324 | $0.00 | $38.09 | $0.00 | $0.00 |
| 20060331 22:30 | CN - Canteen | 6394424 | | SBCC | ~Canteen Date : 20060331 | $0.00 | $49.92 | $0.00 | $0.00 |
| 20060406 16:49 | IS - Interest | 6433790 | | SBCC | | $4.59 | $0.00 | $0.00 | $0.00 |
| 20060407 22:30 | CN - Canteen | 6453723 | | SBCC | ~Canteen Date : 20060407 | $0.00 | $49.18 | $0.00 | $0.00 |
| 20060412 10:57 | ML - Mail | 6470731 | 1199 | SBCC | ~KARLA JAMES PER-CK | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060412 10:57 | MA - Maintenance and Administration | 6470734 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date: 20060926 15:07

| | | | | | Page: 2 |
|---|---|---|---|---|---|
| Commit# : | W55388 | | SOUZA-BARANOWSKI CORRECTIONAL | | |
| Name : | QUALLS, RONALD, , | | Statement From | 20060101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To | 20060926 | |
| Block : | N2 | | | | |
| Cell/Bed : | 06 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060414 14:27 | ML - Mail | 6489699 | 3600 | SBCC | ~barbara qualls | $100.00 | $0.00 | $0.00 | $0.00 |
| 20060414 22:30 | CN - Canteen | 6490835 | | SBCC | ~Canteen Date : 20060414 | $0.00 | $47.22 | $0.00 | $0.00 |
| 20060421 22:30 | CN - Canteen | 6523781 | | SBCC | ~Canteen Date : 20060421 | $0.00 | $49.71 | $0.00 | $0.00 |
| 20060424 11:31 | EX - External Disbursement | 6526800 | 31591 | SBCC | ~PHONE BILL~CHRISTENE MORRIS | $0.00 | $60.00 | $0.00 | $0.00 |
| 20060426 14:01 | EX - External Disbursement | 6538740 | 31646 | SBCC | ~DAUGHTER~KRISTENE HAYWOOD | $0.00 | $60.00 | $0.00 | $0.00 |
| 20060428 22:30 | CN - Canteen | 6557095 | | SBCC | ~Canteen Date : 20060428 | $0.00 | $49.59 | $0.00 | $0.00 |
| 20060502 09:27 | ML - Mail | 6567584 | | SBCC | ~LISA WARD QUALLS | $150.00 | $0.00 | $0.00 | $0.00 |
| 20060502 09:27 | MA - Maintenance and Administration | 6567586 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6594495 | | SBCC | | $4.12 | $0.00 | $0.00 | $0.00 |
| 20060505 22:30 | CN - Canteen | 6614561 | | SBCC | ~Canteen Date : 20060505 | $0.00 | $49.33 | $0.00 | $0.00 |
| 20060511 14:00 | IC - Transfer from Inmate to Club A/c | 6645970 | | SBCC | ~photos~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20060512 22:30 | CN - Canteen | 6652513 | | SBCC | ~Canteen Date : 20060512 | $0.00 | $48.86 | $0.00 | $0.00 |
| 20060517 10:19 | ML - Mail | 6667176 | | SBCC | ~331 BOLIVA ST | $100.00 | $0.00 | $0.00 | $0.00 |
| 20060517 10:19 | ML - Mail | 6667182 | 1210 | SBCC | ~KARLA JAMES PER-CK | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060519 22:30 | CN - Canteen | 6686554 | | SBCC | ~Canteen Date : 20060519 | $0.00 | $45.66 | $0.00 | $0.00 |
| 20060525 22:30 | CN - Canteen | 6714257 | | SBCC | ~Canteen Date : 20060525 | $0.00 | $48.21 | $0.00 | $0.00 |
| 20060605 10:42 | CN - Canteen | 6756180 | | SBCC | ~Canteen Date : 20060602 | $0.00 | $48.47 | $0.00 | $0.00 |
| 20060606 17:01 | IS - Interest | 6769462 | | SBCC | | $4.20 | $0.00 | $0.00 | $0.00 |
| 20060609 22:30 | CN - Canteen | 6809230 | | SBCC | ~Canteen Date : 20060609 | $0.00 | $48.91 | $0.00 | $0.00 |
| 20060616 22:30 | CN - Canteen | 6846022 | | SBCC | ~Canteen Date : 20060616 | $0.00 | $34.04 | $0.00 | $0.00 |
| 20060619 10:20 | ML - Mail | 6847961 | 3670 | SBCC | ~BARBARA QUALLS PER-CK | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060619 10:20 | MA - Maintenance and Administration | 6847964 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060622 13:00 | IC - Transfer from Inmate to Club A/c | 6873059 | | SBCC | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20060623 22:30 | CN - Canteen | 6879399 | | SBCC | ~Canteen Date : 20060623 | $0.00 | $37.27 | $0.00 | $0.00 |
| 20060630 22:30 | CN - Canteen | 6911450 | | SBCC | ~Canteen Date : 20060630 | $0.00 | $37.57 | $0.00 | $0.00 |
| 20060707 22:30 | CN - Canteen | 6950371 | | SBCC | ~Canteen Date : 20060707 | $0.00 | $26.49 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6966876 | | SBCC | | $3.66 | $0.00 | $0.00 | $0.00 |
| 20060714 22:30 | CN - Canteen | 7005277 | | SBCC | ~Canteen Date : 20060714 | $0.00 | $45.88 | $0.00 | $0.00 |
| 20060717 11:49 | ML - Mail | 7008509 | | SBCC | ~L QUALLS | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060717 11:49 | MA - Maintenance and Administration | 7008511 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060719 10:01 | ML - Mail | 7019072 | | SBCC | ~TYRONE GIBSON | $200.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060926 15:07

Page : 3

| Commit# : | W55388 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
| Name : | QUALLS, RONALD, , | | | Statement From | 20060101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20060926 | | |
| Block : | N2 | | | | | | |
| Cell/Bed : | 06 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060721 22:30 | CN - Canteen | 7038976 | | SBCC | ~Canteen Date : 20060721 | $0.00 | $38.20 | $0.00 | $0.00 |
| 20060728 10:21 | EX - External Disbursement | 7068658 | 33104 | SBCC | ~BILLS~YVETTE QUALLS | $0.00 | $200.00 | $0.00 | $0.00 |
| 20060728 22:30 | CN - Canteen | 7070923 | | SBCC | ~Canteen Date : 20060728 | $0.00 | $36.58 | $0.00 | $0.00 |
| 20060801 16:44 | IS - Interest | 7084146 | | SBCC | | $3.49 | $0.00 | $0.00 | $0.00 |
| 20060802 12:02 | ML - Mail | 7102161 | 865 | SBCC | ~DELORES QUALLS PER-CK | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060802 12:02 | MA - Maintenance and Administration | 7102164 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060804 22:30 | CN - Canteen | 7122758 | | SBCC | ~Canteen Date : 20060804 | $0.00 | $48.97 | $0.00 | $0.00 |
| 20060811 22:30 | CN - Canteen | 7161674 | | SBCC | ~Canteen Date : 20060811 | $0.00 | $45.99 | $0.00 | $0.00 |
| 20060814 10:57 | ML - Mail | 7164746 | | SBCC | ~YVETTE QUALLS | $200.00 | $0.00 | $0.00 | $0.00 |
| 20060818 22:30 | CN - Canteen | 7195748 | | SBCC | ~Canteen Date : 20060818 | $0.00 | $29.80 | $0.00 | $0.00 |
| 20060825 22:30 | CN - Canteen | 7227584 | | SBCC | ~Canteen Date : 20060825 | $0.00 | $36.08 | $0.00 | $0.00 |
| 20060829 14:09 | IC - Transfer from Inmate to Club A/c | 7236012 | | SBCC | ~BA/RO NIK/RUN SW/SH SW/PT~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $97.63 | $0.00 | $0.00 |
| 20060901 22:30 | CN - Canteen | 7262085 | | SBCC | ~Canteen Date : 20060901 | $0.00 | $41.10 | $0.00 | $0.00 |
| 20060905 16:52 | IS - Interest | 7273723 | | SBCC | | $3.24 | $0.00 | $0.00 | $0.00 |
| 20060908 22:30 | CN - Canteen | 7314645 | | SBCC | ~Canteen Date : 20060908 | $0.00 | $44.89 | $0.00 | $0.00 |
| 20060915 22:30 | CN - Canteen | 7351520 | | SBCC | ~Canteen Date : 20060915 | $0.00 | $25.69 | $0.00 | $0.00 |
| 20060918 13:46 | ML - Mail | 7355932 | | SBCC | ~YVETTE QUILLES | $100.00 | $0.00 | $0.00 | $0.00 |
| 20060918 13:46 | MA - Maintenance and Administration | 7355934 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060918 14:12 | ML - Mail | 7356217 | | SBCC | ~PAUL | $100.00 | $0.00 | $0.00 | $0.00 |
| 20060922 22:30 | CN - Canteen | 7386088 | | SBCC | ~Canteen Date : 20060922 | $0.00 | $43.89 | $0.00 | $0.00 |
| | | | | | | $2,303.88 | $2,163.84 | $0.00 | $0.00 |

Balance as of ending date :  Personal $471.92   Savings $0.00

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $471.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |