November 7, 2006

*FILED IN CLERKS OFFICE*
*2006 NOV -9 A 11: 17*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

Clerk of Court
United States District Court
John J. Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA  02210

Re:  Qualls v. Russo, Civil Action No. 05-10888-NMG

Dear Sir/Madam:

I am the petitioner in the above-referenced matter and am writing to inquire about the status of my request for a Certificate of Appealability, which I had filed with my Notice of Appeal on August 31st.

Since filing the request for a Certificate of Appealability, I have had to file monthly status reports with the Circuit Court of Appeals to inform that Court as to why I cannot proceed on appeal.  Natuarally, I would like the matter to move forward.

Thank you for your kind assistance and attention to this matter, and I look forward to your response.

Sincerely,

Ronald Qualls
S.B.C.C.
P.O. Box 8000
Shirley, MA  01464