05-10888
USDC-MA30
J. Gorton

# United States Court of Appeals
## For the First Circuit

No. 06-2320

# MANDATE

RONALD QUALLS,

Petitioner, Appellant,

v.

LOUIS RUSSO, SUPERINTENDENT,
SOUZA-BARANOWSKI CORRECTIONAL CENTER,

Respondent, Appellee.

Before

Lipez, <u>Circuit Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Howard, <u>Circuit Judge</u>.

JUDGMENT

Entered: March 6, 2007

Petitioner Ronald Qualls seeks a certificate of appealability ("COA") to challenge the district court's denial of his petition for a writ of habeas corpus filed under 28 U.S.C. § 2254. Substantially for the reasons set forth by the district court in its August 1, 2006, Memorandum and Order, we conclude that petitioner has failed to "ma[k]e a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, the request for a COA is <u>denied</u> and the appeal is <u>terminated</u>.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

By: _____
LYNNE ALIX MORRISON
Appeals Attorney.

Deputy Clerk

Date: 3/28/07

[Filed stamp: 2007 MAR 28 P 1:46 FILED IN CLERK'S OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT]

[cc: Ronald Qualls, Jeffery A. Denner, Esq.,
R. Bradford Bailey, Esq., Maura D. McLaughlin, AAG]